| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–42 | $697,000 | $1,965,000 | $2,662,000 (Same as Special Term) |
| 1942–43 | 675,000 | 1,925,000 | 2,600,000 |
| 1943–44 | 650,000 | 1,885,000 | 2,535,000 |

As so modified the order is unanimously affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

MARGARET SNODGRASS, Respondent, v. CHARLES ENGELSHER, Doing Business under the Name of PARKCHESTER GENERAL HOSPITAL, Appellant.— Section 296-a of the Civil Practice Act has no application to physicians and nurses attached to a noncharitable hospital. Order unanimously reversed, with $20 costs and disbursements, and the motion denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 1024.]

MADELEINE N. KENNEDY, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— The order appealed from should be reversed and defendant's motion to open its default and vacate the judgment should be granted; but as plaintiff did not oppose the adjournment and was required by the court to appear and be ready for trial, $50 costs and disbursements shall be awarded to respondent. Order unanimously reversed and the motion granted, with $50 costs and printing disbursements of this appeal to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ. [See post, p. 982.]

PEARL MUNZER, Appellant, v. RUSSELL E. BLAISDELL, as Superintendent of Rockland State Hospital, et al., Respondents.— Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

PEARL MUNZER, Appellant, v. RUSSELL E. BLAISDELL, as Superintendent of Rockland State Hospital, et al., Respondents.— Order unanimously modified to the extent of directing the defendants to serve a bill of particulars as to the information sought in item 1 of the demand within ten days after service of a copy of order with notice of entry thereof, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

In the Matter of the Application of EMILY MARX, as Committee of the Estate of THOMAS A. McHUGH, Incompetent, Appellant, for an Order Directing JOHN McHUGH and Others, to Return Certain Moneys to Said Committee. VETERANS ADMINISTRATION et al., Respondents.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

NATIONAL SURETY CORPORATION, Respondent, v. LAZARUS GOLDBERG et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MARY TAEGEN, Respondent, v. WALTER TAEGEN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.